UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMICKO MURRAY MCIVER,<br><br>                      Plaintiff,<br><br>    -against-<br><br>YONKERS CITY POLICE DEPT.<br>RIVERDALE AVE.; DEFENDANT WANTED<br>BEFORE 5/30/20; JUSTIN KURBY,<br><br>                     Defendants. | 20-CV-6061 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued September 30, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 30, 2020
           New York, New York

                                                       *Louis L. Stanton*
                                                    LOUIS L. STANTON
                                                         U.S.D.J.